1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11   EQUAL ACCESS ASSOCIATION, SUING )   Case No. 07-CV-0264-J (JMA)
     ON BEHALF OF ROY DAVIS GASH;    )
12   etc.,                           )   **ORDER VACATING EARLY NEUTRAL**
                                     )   **EVALUATION CONFERENCE AND**
13                      Plaintiff,   )   **SETTING SETTLEMENT DISPOSITION**
                                     )   **CONFERENCE**
14   v.                              )
                                     )
15   RADIOSHACK CORPORATION; et al., )
                                     )
16                      Defendants.  )
                                     )
17   _____ )

18

19        The Court is informed that the above-entitled case has

20   settled in its entirety.  Accordingly, the Early Neutral

21   Evaluation Conference, previously set to be held on April 30,

22   2007 at 2:00 p.m., is hereby VACATED.  Instead, the attorneys

23   must personally appear for a Settlement Disposition Conference on

24   **May 21, 2007** at **4:00 p.m.** in the chambers of Magistrate Judge

25   Adler unless a joint motion for dismissal is filed with the

26   Court, and a separate proposed order for dismissal is e-mailed to

27

28

the district judge's e-mail address, prior to that time.[1]  If a
joint motion for dismissal and proposed order thereon cannot be
provided on or before the date indicated above, counsel shall
contact the chambers of Magistrate Judge Adler <u>at least one court
day before</u> the date indicated above to explain the reasons
therefor.  <u>Failure to comply with this order may be cause for the
imposition of monetary sanctions.</u>

    **IT IS SO ORDERED**.

DATED:  April 26, 2007

Jan M. Adler
U.S. Magistrate Judge

___

[1]<u>See</u> Electronic Case Filing Administrative Policies and
Procedures Manual, Sections 2.f. and 2.h., for more information.

07cv0264