# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL ACCESS ASSOCIATION, SUING ON BEHALF OF ROY DAVIS GASH; and ROY DAVIS GASH, An Individual,<br><br>Plaintiffs,<br>v.<br>RADIOSHACK CORPORATION; JOSEPH & EILEEN EVANS 1991 FAMILY TRUST (06-12-91); WILLA R. MELLER, TRUSTEE; And DOES 1 THROUGH 10, Inclusive<br>Defendants. | Civil Case No.: 07CV0264 J (JMA)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** |

Before the Court is the parties' Joint Motion for dismissal with prejudice of all defendants. [Doc. No. 11.] **IT IS HEREBY ORDERED** that all Defendants, including RADIOSHACK CORPORATION, JOSEPH & EILEEN EVANS 1991 FAMILY TRUST (06-12-91), and WILLA R. MELLER, TRUSTEE, are dismissed with prejudice and Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 5/18/07

NAPOLEON A. JONES, JR.
UNITED STATES DISTRICT JUDGE